# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CIVIL ACTION NO. 1:05-CV-1221** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **SUSAN A. YOUNG A/K/A SUSAN A. FRYER,** : | |
| **Defendant** : | |

## ORDER

AND NOW, this 31st day of July, 2006, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 12) to confirm the May 30, 2006 United States Marshal sale of the foreclosed real property, located at 114 East Main Street, Box 583, Avis, Pennsylvania, is GRANTED. The United States Marshal is directed to execute and deliver to GARY K. WASSON and DWAYNE S. WASSON, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of SUSAN A. YOUNG A/K/A SUSAN A/ FRYER in and to the premises sold, located at 114 East Main Street, Box 583, Avis, Pennsylvania, 17721. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

　　　　　　　　　　　　　　　　　　　　/s/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　　United States District Judge