# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:05-CV-1221 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **SUSAN A. YOUNG A/K/A SUSAN A. FRYER,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 29th day of August, 2006, upon consideration of plaintiff's motion for disbursement of funds (Doc. 15) from the sale of real property located at 114 East Main Street, Box 583, Avis, Pennsylvania, and of the order of court dated July 31, 2006 (Doc. 13), confirming the sale of that property, it is hereby ORDERED that the motion (Doc. 15) is GRANTED. The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 15).

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge